MCKINLEY BRAMBLE V. THE STATE.

No. 11477.    Delivered April 4, 1928.

**Burglary—Bills of Exception and Statement of Facts—Filed Too Late—Cannot Be Considered.**

Where bills of exception and statement of facts were filed more than ninety days after notice of appeal they cannot be considered.

Appeal from the District Court of Eastland County. Tried below before the Hon. Geo. L. Davenport, Judge.

Appeal from a conviction for burglary, penalty two years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

A. A. *Dawson* of Canton, State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction for burglary, punishment two years in the penitentiary.

The motion for new trial in this case was overruled on July 29, 1927. Ninety days was given in which to file bills of exception and statement of facts. Same were filed on October 28, 1927. This was after the expiration of the ninety days allowed by statute and by order of the court. The case thus comes before us without any bills of exception or statement of facts. The indictment correctly sets out the offense and is followed by the charge of the court, and by the judgment and sentence.

No error appearing, the judgment will be affirmed.

*Affirmed.*